No. 129. OREGON BASIN OIL AND GAS COMPANY *v.* HUBERT WORK, SECRETARY OF THE INTERIOR, AND WILLIAM SPRY, COMMISSIONER OF THE GENERAL LAND OFFICE. Appeal from the Court of Appeals of the District of Columbia. Argued January 14, 17, 1927. Decided January 24, 1927. *Per Curiam.* The decree below is affirmed upon the authority of *Ness* v. *Fisher,* 223 U. S.

683; *Louisiana* v. *McAdoo,* 234 U. S. 627, 633; *Alaska Smokeless Coal Co.* v. *Lane,* 250 U. S. 549; *Work* v. *Rives,* 267 U. S. 175, 183. *Mr. Charles F. Consaul,* with whom *Messrs. Charles C. Heltman,* and *C. W. Burdick* were on the brief, for appellant. *Solicitor General Mitchell* for appellees.